FLORENCE T. NAKAKUNI (#2286)
United States Attorney
District of Hawaii

EDRIC M. CHING (#6697)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:      (808) 440-9266
Facsimile:      (808) 541-3752
Email:     Edric.Ching@usdoj.gov

Attorney for Defendant
United States of America and
Jeffry Kalani Cruz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br>ET AL.<br><br>          Defendants. | CIVIL NO. 08-00517 BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

     Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiff JANE DOE against Defendant UNITED STATES OF AMERICA and JEFFFRY KALANI CRUZ are hereby dismissed with prejudice, each party to bear its own fees and costs.  There are no remaining issues or parties.

This stipulation has been signed by counsel for all parties who have made an appearance in this action.

DATED:  March 14, 2014, at Honolulu, Hawaii.

                                       FLORENCE T. NAKAKUNI
                                       United States Attorney
                                       District of Hawaii

                                       /s/ Edric M. Ching
                                       _____
                                       EDRIC M. CHING
                                       Assistant United States
                                       Attorney
                                       Attorneys for Defendant
                                       United States of America
                                       And Jeffry Kalani Cruz

                                       /s/ Della A. Belatti
                                       _____
                                       ERIC A. SEITZ
                                       DELLA A. BELATTI
                                       LAWRENCE I. KAWASAKI
                                       Attorneys for Plaintiff

IT IS SO APPROVED AND ORDERED.

DATED: Honolulu, Hawaii, March 17, 2014



                     /S/ Barry M. Kurren
                     Barry M. Kurren
                       United States Magistrate Judge

---

Jane Doe v. United States of America, et al.; 08-00517 BMK; "STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES"